In the Matter of the Application of the CITY OF NEW YORK for a Writ of Certiorari Directed to FRANCIS D. HAIGHT and Others, as Assessors of the Tax District of the Town of Carmel, County of Putnam, etc. THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE CITY OF NEW YORK, Appellant; ASSESSORS OF THE TOWN OF CARMEL, Respondents. (Taxes of 1916.) — Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Rich, Jaycox, Kapper and Lazansky, JJ.

In the Matter of the Application of the BROOKLYN BAR ASSOCIATION to Discipline an Attorney, JEREMIAH J. COUGHLIN.— Application granted, respondent disbarred, and his name ordered stricken from the roll of attorneys. Present — Kelly, P. J., Rich, Jaycox, Kapper and Lazansky, JJ.

In the Matter of the Petition of EMILIE LOUISE CRONEN to Prove the Last Will and Testament of CATHERINE MATILDA LALLY, Deceased.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Rich, Jaycox, Kapper and Lazansky, JJ.

In the Matter of the Petition of KINGS COUNTY TRUST COMPANY to Prove the Last Will and Testament of EDNA. I. WALTON, Late of the County of Kings, Deceased.— Motion to dismiss appeal granted by default. Present — Kelly, P. J., Rich, Jaycox, Kapper and Lazansky, JJ. Settle order on notice.

In the Matter of the Petition of THOMAS W. KINNEY to Render and Settle His Account as Administrator de Bonis Non of the Estate of JOHN BOYLE, Deceased.— Motion for leave to appeal to the Court of Appeals granted. Present — Kelly, P. J., Rich, Jaycox, Kapper and Lazansky, JJ. Settle order on notice.

In the Matter of the Petition of MICHAEL F. McGOLDRICK to Prove the Last Will and Testament of CATHERINE NOONAN, Deceased.— Motion to dismiss appeal granted. Present — Kelly, P. J., Rich, Jaycox, Kapper and Lazansky, JJ.

In the Matter of the Application of ROCCO MARINO and Another to Sell and Convey a Certain Piece of Real Property in Which ROCCO LOYA, an Infant, etc., Is Interested. HERMANN N. HOLDE, Special Guardian, etc., Appellant; FRANK CALINERO and Another, Purchasers, Respondents.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Rich, Jaycox, Kapper and Lazansky, JJ.

KALWIN BUSINESS MEN'S ASSOCIATION, INC., Respondent, v. GEORGE V. McLAUGHLIN, Individually and as Police Commissioner of the City of New York, and Others, Appellants.— Motion by appellants for an order suspending the operation of the injunction *pendente lite* contained in order appealed from pending argument and decision of the appeal. The motion of the respondents to postpone argument of appeal having been withdrawn [*ante*, p. 756], and the appeal having been argued and decided herewith [*ante*, p. 6], this motion is dismissed, without costs. Present — Kelly, P. J., Rich, Jaycox, Kapper and Lazansky, JJ.

MICHAEL M. KESHIN, Respondent, v. E. J. REALTY CO., INC., and Others, Appellants, and Others, Defendants.— Motion to resettle order denied. Present — Kelly, P. J., Rich, Jaycox, Kapper and Lazansky, JJ.

CECELIA A. MARKHEIM, Appellant, v. MARYLAND MOTOR CAR INSURANCE

COMPANY, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Rich, Jaycox, Kapper and Lazansky, JJ.